UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY INTERNATIONAL, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | ) Civil Action No. 16-720 (RBW) |
| Defendants, | ) |
| and | ) |
| SAFARI CLUB INTERNATIONAL, | ) |
| Defendant-Intervenor. | ) |

## NOTICE OF FILING

Defendant hereby provides notice of the filing of the attached redacted Exhibits to the Second Declaration of Carrie Hyde-Michaels, referenced in Defendant's Motion For Summary Judgment filed on May 4, 2018.

May 8, 2018

           Respectfully submitted,

           JESSIE K. LIU, DC Bar #472845
           United States Attorney

           DANIEL F. VAN HORN, DC Bar #924092
           Chief, Civil Division

By: _____/s/
           W. MARK NEBEKER, DC Bar #396739
           Assistant United States Attorney

555 4th Street, N.W.
Washington, DC  20530
(202) 252-2536
mark.nebeker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Filing and attachments has been made through the Court's electronic transmission facilities on this 8th day of May, 2018.

                    /s/
W. MARK NEBEKER
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2536
mark.nebeker@usdoj.gov