# Humane Society International v U.S. Fish & Wildlife Service
# Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY: | NOTES: |
|---|---|---|
| 5D Tropical, Inc. | Joseph Hiduke, Manager of 5D Tropical, Inc. | Letter sent to Kenneth Perry, FWS on 11/18/16. |
| Abbive, Inc. | Jim Lynch K&L Gates, Counsel for Abbvie Inc. | Letter sent to Kenneth Perry, FWS on 12/2/16 |
| Alaskan Fur Company | Melisa Love, President, Alaskan Fur Company | W/attached letter to William Woody, Assistant Director Office of Law Enforcement. |
| Alnylam, Pharmaceutical | Jeannie Perron, Covington Counsel | W/attached electronic email from K. Gurley (Covington) and letter dated 7/7/17. |
| American Legends Cooperative | Dale Theisen, President and CEO, American Legend Cooperative | Letter sent to FWS on 11/18/2016. |
| ANAMODA, Inc. | President ANAMODA, Inc. | W/attached duplicate copy of letter dated 11/21/2016. Illegible signature. |
| Animal Source Texas | Michael A. Oropallo, Partner Barclay Damon Counsel | W/attached November 22, 2016 Objection letter and emails. |
| Apet Inc. | Joe Shilkus, Buying Manager | Letter sent to Michael Jenkins, FWS on email 11/18/16. |
| Argirjou | Matina Argirou, Argirjou Fur Inc. | Letter sent to Michael Jenkins, FWS on 11/18/16. |
| B&B Taxidermy | C. Rulon, Atty-In-Fact | Letter sent to FWS on 11/18/16. |
| Barton West End Farms | John M. Barton Sr. CEO | Letter sent to FWS dated 11/22/16 Attn: Kenneth Perry. |

Humane Society International v U.S. Fish & Wildlife Service

Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY: | NOTES : |
|---|---|---|
| BC International Group Inc. | Gina Costanzo, Senior Vice President | Letter sent to FWS by 11/17/16. |
| Bio reclamation VT | Susan K. Burgesis, Esq. Counsel | Letter sent to Michael Jenkins, FWS by U.S mail and email dated 11/28/16. |
| Boehringer Ingelheim Pharmaceuticals | Jeannie Perron, Covington cc:  Karen Friedman, Esq. & R. Michael Herrman, Esq. | Letter sent to FWS dated 7/10/17 Attn: Kenneth Perry. |
| Boehringer Ingelheim Vetmedica | Jeannie Perron, Covington cc:  Karem Friedman, Esq. & R. Michael Herrman, Esq. | Letter sent to FWS dated 7/10/17 Attn: Kenneth Perry. |
| Bristol Myers Squibb Company | Jeannie Perron, Counsel to Bristol-Myers Squibb Co cc: Rebecca Prince, Esq. | Letter sent to FWS dated 11/22/16 Attn: Kenneth Perry. W/attached 7/10/17 Letter sent to FWS  dated 7/10/17 Attn: Kenneth Perry. |
| Brush Country Studios | Chris Cammack, By Well Worldwide Energy Logistics Inc. Atty-In-Fact | Letter sent to FWS dated 11/15/16. |
| Buckshire Corporation | Sharon Hursh, President Buckshire Corporation | Letter sent to FWS dated 11/22/16 via Electronic Mail W/attached 6/30/17 letter to William Woody, FWS From Sharon Hursh |
| Bushmaster Reptiles, Inc. | Joan Galvin, Kelley Drye & Warren LLP | Letter sent to Michael Jenkins, FWS by U.S mail and email dated 11/22/2016. W/attached letter dated 7/5/2017 to William Woody from Joan Galvin. |

2

Humane Society International v U.S. Fish & Wildlife Service
Responses Citing Exemption 4 to the November 1, 2016
Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY: | NOTES: |
|---|---|---|
| Carl W. Hermann Furs | Carl Hermann, Owner | Letter sent to Michael, FWS by U.S mail dated 11/21/2016. W/attached scanned copy of letter. |
| Carolina Aquatics | Peter N. Meros, Atty. Law Offices of Meros Smith Lazzara, Brennan & Olney, P.A. | Letter sent to Michael Jenkins FWS via U.S mail and email dated 11/17/2016. |
| Charles River | Karen Queen Stern Corporate Counsel | Letter sent to FWS via email dated 12/6/2016. Attn: Kenneth Perry. |
| Chichester, Inc. | Paul Crosby, President | Letter sent to FWS via email and fax Michael Jenkins dated 11/16/2016. Attn: Kenneth Perry |
| Conroe Taxidermy | Barrett Simpson, Atty-In-Fact Conroe Taxidermy by Well Worldwide Energy Logistics | Letter sent to FWS via email dated 11/15/2016. |
| Covance Laboratories | Jennie Perron, Attorney Covington Cc: Erica Smith-Klocek Esq. | Letter via electronic mail to Kenneth Perry FWS dated 11/22/2016 |
| Covance Laboratories Inc. | Jennie Perron Attorney Covington | Letter to Kenneth Perry dated 11/22/2016 |
| Covance Research Products | Jennie Perron Attorney Covington Cc; Erica Smith-Klocek, Esq. | Letter via electronic mail to Kenneth Perry FWS dated 11/22/2016 |

3

Humane Society International v U.S. Fish & Wildlife Service

Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY: | NOTES: |
|---|---|---|
| Covance Research Products, Inc. | Mindy B. Parva Esq. Kelley Drye & Warren LLP Counsel for Covance Lab Inc. Covance Research Products ("CRP") and Tandem Labs, Inc. | Letter via electronic mail to Kenneth Perry FWS and fax dated 11/21/2016 |
| Dart Neuroscience | James DeZazzo, Ph.D. Esq. Corporate IP Counsel | Letter via electronic mail to Michael Jenkins FWS dated 11/21/2016 |
| E.C. Dittrich & Co. | Mary A. Urick, Comptroller E.C. Dittrick & Co., Inc. | Letter via electronic mail to Michael Jenkins FWS dated 7/18/2017. W/attached 11/18/2016 letter to FWS from Mark A. Urick. |
| Dolphin International | Steven Lundblad, Owner | Letter via electronic mail to Kenneth Perry, FWS. |
| Dynasty Marine Association | Forrest A. Young, Director and President cc: Senator Marco Rubio | Letter sent to Kenneth Perry, FWS dated 11/22/2016. Sent via Fax dated 11/22/2016. |
| ELAT Fur | David Afriat, President | Letter to Michael Jenkins, FWS dated 11/22/2016. W/attached duplicate to William Woody, FWS |
| Elephant Head Taxidermy | Edward A. Borner, Owner | Letter to FWS dated 11/16/2016. |
| ER Fur Trading Taxidermy | Edward Reich, President ER Fur Trading Corp. | Letter to Michael Jenkins, FWS dated 11/17/2016. |
| Euroline Furs | Pavlos Sioumaras, President | Letter to FWS dated 11/22/2016. |

4

Humane Society International v U.S. Fish & Wildlife Service

Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY: | NOTES: |
|---|---|---|
| Exotic Sealife International | Andrew and Paul, Exotic Sea life International | Electronic email letter to FWS dated 11/21/2016. |
| Fish Mart Inc. | Laura J. Reid, President and CEO | Electronic email letter to FWS dated 11/18/2016. |
| Forever Fur | Billy Hatzipetrakos, President, Forever Furs, Inc. | Letter to FWS dated 11/21/2016. |
| Fourrures Wolfie Furs Inc. | Larry Fudern, Vice President | Letter to FWS (undated). |
| Fur Harvester Auction Inc. | Howard Noseworthy, Director of Planning Development | Letter to FWS dated 11/21/2016. W/attached 6/27/2017 Letter to WilliamWoody FWS and w/attached duplicate 11/21/16 letter. |
| Furz Canada | Rose Afriat, President | Letter to FWS dated 11/22/2016 |
| Furz Canada- Copy | Rose Afriat, President | Letter to FWS dated 11/22/2016 |
| Genentech, Inc. | Jeanne Perron, Covington Cc: Susan Stewart, Esq. | Letter to FWS dated 11/22/2016/ |
| Glacier Wear | Randal R. Richard, President Glacier Wear | Letter to FWS dated 11/22/2016. |
| Gorski Group LTD | Leonard Gorski, President | Letter to Michael Jenkins, FWS (undated) |
| Helen Yarmak International | Sandy Blye, General Manager US Operations | Letter to Michael Jenkins, FWS dated 11/21/2016. |
| Henry Cowit Inc. | Stephen Cowit, Sec-Tres. Madison Ave. Furs | Letter to Michael Jenkins, FWS dated 11/19/2016. |

<u>Humane Society International v U.S. Fish & Wildlife Service</u>
<u>Responses Citing Exemption 4 to the November 1, 2016</u>
<u>Federal Register Notice</u>

| ORGANIZATION NAME: | SUBMITTED BY: | NOTES: |
|---|---|---|
| Hurwitz Exports Limited | Pierre Lipski, Director Hurwitz Exports LTD | Letter to Michael Jenkins, FWS dated 11/23/2016 |
| International Animal Exchange | Holly Hunt, President International Animal Exchange | Electronic email letter sent FWS Michael Jenkins and Kenneth Perry dated 11/17/2016. |
| Jacques Ferber | Andre Ferber, VP | Letter to Michael Jenkins, FWS dated W. Woody FWS 6/29/2017 W/attached letter to FWS (undated). |
| JAV International | Illegible signature | Letter to Michael Jenkins FWS dated 11/21/2016. |
| Litron Labs | Carol R. Tometsko, President and CEO | Letter to Michael Jenkins and Kenneth Perry FWS dated 11/16/2016 w/attached duplicate letter. |
| Lord & Taylor | Maureen Metzinger | Electronic mail letter to Michael Jenkins, FWS dated 11/22/2016. |
| Luna Furs | Rino Sciortino, President | Letter to Michael Jenkins FWS dated 11/22/2016. W/attached Michael Jenkins, FWS dated 6/29/2017 |
| Madison Avenue Furs | Stephen Cowit, Sec-Tres. Madison Ave Furs | Letter to Michael Jenkins, FWS dated 11/19/2016. |
| Mechutan Fur Corporation | Jay Mechutan, Pres. | Letter to Michael Jenkins, FWS (undated) |
| Michael Furs | Michael Pappas, Michael's Furs/Montana Fur Traders | Fax email sent to FWS from Michael Pappas dated 11/16/2016 w/attached letter to William Woody, FWS dated 6/30/2017 |

Humane Society International v U.S. Fish & Wildlife Service

Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY: | NOTES : |
|---|---|---|
| Moscow Hide and Fur | Gary J. Schroeder Moscow Hide & Fur | Letter to U.S. FWS dated 11/15/2016 |
| MPI Research, Inc. | Paul Sylvester, B.S. CPA Executive VP | Attached group of letters to FWS dated 8/15/2017 r |
| N. Pologeorgis Furs Inc. | Nick Pologeorgis, CEO | Letter to W. Woody, FWS dated 6/29/2017 w/attached undated objection letter. |
| Nobel Furs | Dimitrous Assimakopoulos, NB Canada Furs | Fax w/attached letter dated 7/5/2017 |
| North American Fur Auction | Michael D. Mengar President and CEO North America Fur Actions | Letter to Michael Jenkins, FWS dated 11/22/2016. |
| North Pole Fur of Canada Inc. | Georgios Patronidis | Fax letter dated 11/22/2016. |
| Novartis Institutes for Biomedical Research Inc. | Jeannie Perron, Attorney Covington | Letter to Kenneth Perry FWS dated 7/10/2017 W/attached 11/22/2016 letter to Kenneth Perry FWS. (2 copies) |
| Novartis Institutes for Functional Genomics | Jeannie Perron, Attorney Covington | Letter to Kenneth Perry FWS dated 7/10/2017 W/attached 11/22/2016 letter to Kenneth Perry FWS. (2 copies) |
| Novartis Pharmaceuticals Corporation | Jeannie Perron, Attorney Covington | Letter to Kenneth Perry FWS dated 7/10/2017 W/attached 11/22/2016 letter to Kenneth Perry FWS. (2 copies) |

Humane Society International v U.S. Fish & Wildlife Service

Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMIITTED BY: | NOTES: |
|---|---|---|
| Oregon Health & Science University | Jason Davis, Attorney | Email letter to Michael Jenkins and Kenneth Perry FWS dated 11/15/2016 w/attached supplemental report via email dated 11/23/2016 |
| Pharmaceutical Product Development LLC | Bob Nicholson, Senior Vice President PPD Bioanalytical Laboratories | Letter to Michael Jenkins FWS dated 11/22/2016 |
| Prairie Mountain Wildlife Studios | Felicia Cavanaugh, Prairie Mountain Wildlife studios | Email letter to FWS dated 11/21/2016 |
| PreLabs | Boris Predovich President & CEO | Letter to FWS dated 11/21/2016 W/ Attached follow up response leteer dared June 19, 2017 from FWS. W/attached 7/8/2017 to Kenneth Perry FWS. |
| Primate Products | Thomas J. Rowell, DVM President/Chief Operating Officer | Letter to Michael Jenkins dated 11/21/2016 |
| Quality Goldfish | Peter N Merons. Attorney Cc: Kevin Hannon & Kris Cline | Letter to Michael Jenkins dated 11/16/2017 W/attached follow-up letter to Michael Jenkins dated 11/17/2016. |
| Reptiles by Mack | John Mack, President | Letter to William Woody FWS w/attached email letter dated 11/22/2016. |

# Humane Society International v U.S. Fish & Wildlife Service
## Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY; | NOTES: |
|---|---|---|
| Ripleys | John D. Hewitt IV, Vice President, Husbandry | Email letter to Michael Jenkins FWS dated 11/22/2016. |
| RNY LLC | Scott E. Bernstein, President RNY, LLC | Letter to Michael Jenkins FWS dated 11/21/2016. |
| Safari Club International | Michael A. Oropallo | Letter to William Woody FWS dated 7/10/2017 W/attached letter to Michael Jenkins dated 11/22/2016 .W/attached letter to Michael Jenkins dated 11/22/2016 |
| Safari Specialist Inc. | Thomas J. Paul Barclay Damon Tower | Letter to Michael Jenkins dated 11/8/2016 |
| Saks & Company | Maureen Metzinger, Sr. Manager of Customs Compliance | Letter to Michael Jenkins and Kenneth Perry FWS dated 11/22/2016. |
| Segrest Farms | Michael K. Hennessy, Special Projects | Letter to Kenneth Perry FWS dated 11/22/2016. (3 copies). |
| Shared Enterprises | Michael Hsu, Owner | Email letter Michael Jenkins FWS dated 11/22/2016. |

9

Humane Society International v U.S. Fish & Wildlife Service

Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY: | NOTES: |
|---|---|---|
| SNBL | William M. Krulak, Jr. Outside Counsel Miles & Stockbridge P.C. | Letter to William Woody dated 11/22/2016. w/ Attached signed Declaration of Steve Glaza. |
| Sun Pet Ltd. | Michael K. Hennessy, Special Projects | Letter to Kenneth Perry FWS dated 11/22/2016. W/attached email letter Kenneth Perrty FWS dated 11/14/2016. |
| Tandem Labs | Mindy B. Pava, Counsel Kelley Dye & Warren | Fax letter to Michael Jenkins FWS dated 11/21/2016 |
| The Cormont Group LLC | Steven Corn, Member | Letter to Michael Jenkins FWS (undated). |
| The Newmont Group | ER Trading Pologeorgis Furs | Letter to Kenneth Perry FWS dated 7/5/2017. |
| Thunder Mountain Fur Company | Larry B. DiLulo | H/w letter dated to FWS 11/14/2016. |
| Tiger World | Lea Jaunakais | Letter via Express mail to FWS w/attached spreadsheet dated 11/21/2016 |

Humane Society International v U.S. Fish & Wildlife Service

Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY | NOTES: |
|---|---|---|
| Transship Discounts LTD | Joel Rakower, President | Fax letter to Perry, FWS dated 11/20/2016 |
| True-Life Taxidermy | Michael A. Oropallo Cc: Kenneth Perry | Letter to Perry, FWS dated 7/102017 W/attached 11/22/16 letter to Michael Jenkins FWS . |
| Tulane National Primate Research Center | Brian Weiner, JD | Letter to Michael Jenkins, FWS dated 11/22/2016 w/attachments. |
| Valley Biosystems | Stephen Cello Chief Operating Officer | Letter to FWS Kenneth Perry dated 7/10/2017 W/attached letter to FWS dated 11/1/2016 & letter to Kenneth Perry, FWS dated 11/21/2016. |
| Western Montana Fur Center | George Kortum | Email letter to FWS dated 11/17/2016. |
| White Fox Fur and Feather Company | Jay A. DeLeon | Typed and h/w note dated 11/21/2016. |
| Wiebke Fur Co., Inc. | Greg Schieber Cc: Jason Wiebke | Letter to William Woody FWS dated 6/29/2017. W/attached letter to FWS dated 11/21/2016 |

# Humane Society International v U.S. Fish & Wildlife Service

## Responses Citing Exemption 4 to the November 1, 2016 Federal Register Notice

| ORGANIZATION NAME: | SUBMITTED BY: | NOTES: |
|---|---|---|
| Woodbury Taxidermy Inc. | Jimmy Dieruga, President | Letter FWS dated 11/18/2016 |
| Woods and Water Taxidermy | C. Rulon, Atty-In-Fact | Letter to FWS dated 11/18/2016 |
| WW Primates | IRA Block, President | Letter to Kenneth Perry FWS dated 11/22/2016 |