UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY INTERNATIONAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES FISH AND WILDLIFE ) | |
| SERVICE, et al., ) | Civil Action No. 16-720 (RBW) |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, ) | |
| ) | |
| Defendant-Intervenor. ) | |

## WITHDRAWAL AS ATTORNEY OF RECORD FOR SAFARI CLUB INTERNATIONAL BY DOUGLAS S. BURDIN

The undersigned attorney, Douglas S. Burdin, withdraws as attorney of record for defendant-intervenor Safari Club International ("Safari Club").  Attorney of record Anna M. Seidman will continue to represent Safari Club in this case.

Dated this 29th day of March, 2019.

                                              Respectfully submitted,

                                              /s/ Douglas S. Burdin
                                              Anna M. Seidman, D.C. Bar No. 417091
                                              Douglas S. Burdin, D.C. Bar. No. 434107
                                              501 Second Street NE
                                              Washington, D.C.  20002
                                              Facsimile: 202-543-1505
                                              Telephone: 202-543-8733
                                              Email:   aseidman@safariclub.org
                                                             dburdin@safariclub.org

                                              *Attorneys for Defendant-Intervenor Safari*
                                              *Club International*