# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMANE SOCIETY INTERNATIONAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FISH AND WILDLIFE ) <br> SERVICE, et al., ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> SAFARI CLUB INTERNATIONAL, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Civil Action No. 16-720 (TJK) |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Defendants United States Fish and Wildlife Service, United States Department of the Interior, and the Secretary of the Interior (collectively, "Government Defendants"), Plaintiff Humane Society International ("Plaintiff"), and Defendant-Intervenor Safari Club International ("Safari Club") (collectively, "Parties") file this report and proposed briefing schedule pursuant to the Court's August 15, 2019 Order (ECF No. 47, "Order"). This is the tenth joint status report submitted by the Parties.[1]

---

[1] The first two joint status reports were submitted by Plaintiff and Government Defendants (ECF Nos. 14, 18). Safari Club filed a status report on September 15, 2016 (ECF No. 19). All Parties joined in the third, fourth, fifth, sixth, seventh, and eighth, and ninth joint status reports, submitted on October 31, 2016, December 16, 2016, March 15, 2017, April 13, 2017, August 30, 2017, November 30, 2017, and February 15, 2018, respectively (ECF Nos. 22, 23, 24, 25, 27, 28, and 30).

In its Order, the Court denied without prejudice Government Defendants' Motion for Summary Judgment, as to the applicability of Freedom of Information Act ("FOIA") Exemption 4, and denied without prejudice Plaintiff's Cross-Motion for Summary Judgment, as to the applicability of Exemption 4. Order at 2, 7, 16. The Court requested that the Parties file renewed motions for summary judgment to brief the applicability of Exemption 4 in light of the Supreme Court's decision in *Food Marketing Institute v. Argus Leader Media*, 139 S. Ct. 2356 (2019), and file a proposed briefing schedule for these renewed motions. *Id.* at 7, 16.

Therefore, Government Defendants and Plaintiff propose the following schedule for renewed motions addressing the applicability of Exemption 4:

- Government Defendants will file their Motion for Summary Judgment by October 22, 2019;

- Safari Club will attempt to avoid duplication of arguments made in Government Defendants' briefs and will file their motion or memorandum by October 29, 2019;

- Plaintiff will file its Response to Government Defendants' Renewed Motion for Summary Judgment, and its Cross-Motion for Summary Judgment, November 26, 2019;

- Government Defendants will file their Response to Plaintiff's Cross-Motion for Summary Judgment, and their Reply to Plaintiff's Response to their Motion for Summary Judgment, by December 20, 2019;

- Safari Club will file any Response to Plaintiff's Cross-Motion for Summary Judgment, and their Reply to Plaintiff's Response to their Motion for Summary Judgment/Memorandum, by January 2, 2020; and

- Plaintiff will file its Reply to Government Defendants' Response to Plaintiff's Cross-Motion for Summary Judgment by January 24, 2020.

Additionally, the Order granted Safari Club's Motion for Summary Judgment as to the applicability of FOIA Exemption 7(C), and granted Government Defendant's Motion for Summary Judgment as to the applicability of FOIA Exemption 7(C) and as to Plaintiff's claim

under the Administrative Procedure Act ("APA"). Order at 2, 16. As the Order only granted summary judgment in part, and as there was no entry of judgment, it is the Parties' understanding that the Order is interlocutory, and that no Party may appeal this Court's rulings as to the applicability of FOIA Exemptions 6 or 7(C), or as to the APA, at this time. Rather, it is the Parties' understanding that the Court's ruling on these issues will become appealable after this Court has ruled on the applicability of FOIA Exemption 4 and entered judgment on the Parties' Motions for Summary Judgment.

Dated: September 12, 2019                Respectfully submitted,

/s/ Laura Friend Smythe
Laura Friend Smythe (D.D.C. Bar No. NY0217)
The Humane Society of the United States
1255 23rd Street NW, Washington, DC 20037
lsmythe@humanesociety.org
Phone (202) 676-2331, Fax (202) 778-6126

/s/ Anna Frostic
Anna Frostic (D.C. Bar No. 977732)
The Humane Society of the United States
1255 23rd Street NW, Washington, DC 20037
afrostic@humanesociety.org
Phone (202) 676-2333, Fax (202) 778-6126

*Attorneys for Humane Society International*

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

/s/ W. Mark Nebeker
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC  20530

(202) 252-2536
mark.nebeker@usdoj.gov

*Attorneys for Government Defendants*

*/s/ Jeremy E. Clare*
Jeremy E. Clare
D.C. Bar # 1015688
Anna M. Seidman
D.C. Bar # 417091
Safari Club International
501 2nd Street N.E.
Washington, D.C.  20002
Tel: (202) 543-8733
Fax: (202) 543-1205
jclare@safariclub.org
aseidman@safariclub.org

*Attorneys for Defendant-Intervenor
Safari Club International*