# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY INTERNATIONAL, *Plaintiff,* v. UNITED STATES FISH AND WILDLIFE SERVICE et al., *Defendants.* and SAFARI CLUB INTERNATIONAL, *Defendant-Intervenor.* | Civil Action No. 16-720 (TJK) |

## INTERVENOR APPLICANTS
## PRIMATE PRODUCTS, INC. AND WORLDWIDE PRIMATE, INC'S EXPEDITED MOTION TO INTERVENE FOR PURPOSES OF APPEAL

Primate Products, Inc. ("PPI") and Worldwide Primates, Inc. ("WWP") respectfully move this Court to permit them to intervene, under Federal Rule of Civil Procedure 24, for purpose of appealing this Court's March 29, 2021 judgment. To ensure that there can be review of this judgment, PPI and WWP respectfully request that the Court expedite consideration of this intervention motion to grant intervention prior to expiration of the May 28, 2021 deadline to appeal that judgment.

In support of this Motion, PPI and WWP respectfully refers this Court to the accompanying Memorandum of Points and Authorities in Support, the declaration of Ira Block, and the declaration of Paul Houghton. PPI and WWP attach a proposed order.

1

PPI and WWP provided the parties with advance notice of this Motion and the nature of the relief sought. Plaintiff responded stating, "Plaintiff will respond to the motion to intervene once Plaintiff has had the opportunity to review the motion and any supporting filings and analyze the basis for and scope of the motion." Intervenors, Safari Club International and National Association for Biomedical Research, consented to PPI and WWP's intervention for the purpose of appeal. The U.S. Fish and Wildlife Service does not consent to this motion, but stated at a May 19, 2021 hearing that it would not seek appellate review.

Dated: May 26, 2021                                    Respectfully submitted,

/s/ William M. Krulak
William M. Krulak Jr.
(Fed Bar No. 26452)
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, MD 21202-1153
CPF# 0012120379
wkrulak@milesstockbridge.com
Tel: (410) 385-3609

Joshua R. Chazen
(D.C. Bar No. 1030058)
MILES & STOCKBRIDGE, P.C.
1201 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
jchazen@milesstockbridge.com
Tel: (202) 465-8388

*Attorneys for Intervenor Applicants,*
*Primate Products, Inc. and*
*Worldwide Primates, Inc.*