IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY INTERNATIONAL, *Plaintiff,* v. UNITED STATES FISH AND WILDLIFE SERVICE et al., *Defendants.* and SAFARI CLUB INTERNATIONAL, *Defendant-Intervenor.* | Civil Action No. 16-720 (TJK) |

**Declaration of Ira Block**

1. I am over eighteen (18) years of age and authorized to make this declaration and statement with reference to certain facts stated herein. I base this declaration on my personal knowledge and I swear under oath, that each statement is accurate and true.

2. I currently serve as the President and Chief Executive Officer of Worldwide Primates, Inc. ("WWP").

3. WWP is a commercial importer of non-human primates ("NHPs"), which are resold to various clients for use in preclinical testing services, including the United States Department of Defense.

4. On February 16, 2018, WWP requested the redaction of certain data relating to information sought by the Human Society International ("HSI") through Freedom of Information Act ("FOIA") requests to the government.

5. In support of that request, I too submitted a declaration describing the sensitive nature of much of the company's data relevant to this litigation.

6. As described in that affidavit, the data that WWP sought to have the U.S. Fish and Wildlife Service ("FWS") withhold from production to HSI are very sensitive, and WWP expends substantial efforts to maintain such data as confidential.

7. This information is in the possession of FWS solely because of a requirement that WWP file such information in order to obtain clearance of shipments of NHPs into the United States.

8. I am greatly distressed that this Court's recent Memorandum Opinion [Dkt. No. 67] granted HSI's Motion for Summary Judgment [Dkt. No. 54] and orders that all of the WWP data previously withheld from HSI be produced in a complete and unredacted spreadsheet.

9. At the May 19, 2021 status conference, counsel for FWS confirmed that the agency would not appeal the relevant order.

10. Therefore, WWP wishes to intervene in this case to appeal the Court's ruling in order to protect our confidential information. I believe that the disclosure of the relevant information to HSI and/or the general public will cause irreparable harm to WWP.

11. I am aware that the National Association for Biomedical Research ("NABR") moved to intervene and now intends to appeal this court's order on behalf of certain of its members.

12. WWP is not a member of NABR. Although our interests closely align with NABR's interests in this matter, I understand that as WWP is not a member of that organization,

WWP's interests can only be protected by intervening and seeking appellate review of this court's order.

**I declare under penalty of perjury that the foregoing is true and correct.**

*Ira Block*
Ira Block
President and CEO
Worldwide Primates, Inc.

Dated 5/24/2021