## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY INTERNATIONAL,<br><br>      *Plaintiff,*<br><br>  v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE et al.,<br><br>      *Defendants.*<br><br>and<br><br>SAFARI CLUB INTERNATIONAL,<br><br>      *Defendant-Intervenor.* | Civil Action No. 16-720 (TJK) |

## [PROPOSED] ORDER

The Court, having reviewed the Motion to Intervene filed by Primate Products, Inc. and Worldwide Primates, Inc., and good cause appearing, it is hereby:

**ORDERED**, that the Motion to Intervene shall be, and hereby is, **GRANTED**; and it is further

**ORDERED**, that Primate Products, Inc. and Worldwide Primates, Inc. shall be entitled to intervene in this matter for purposes of appeal to the D.C. Circuit.

Date: _____                                     _____
                                                                                  United States District Judge